FILED
HARRISBURG
FEB 0 9 2007
MARY E. D'ANDREA
Per _____ CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-01683-CCC |
| ) | |
| KEITH E. MAUERY, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of the United States' Motion For Entry of Default Judgment Against Defendants Keith Mauery and Jane Mauery and

The Court finding that good cause exits for granting the motion, it is hereby

ORDERED that the United States' Motion For Entry of Default Judgment Against Defendants Keith Mauery and Jane Mauery be and hereby is GRANTED; and it is further

ORDERED that the defendants, Keith Mauery and Jane Mauery, are indebted to the United States for unpaid federal income taxes for the years 2000, 2001, and 2002, in the total amount of $10,730.57, plus statutory additions accruing according to law after January 31, 2007, until paid in full; and it is further

ORDERED that the defendant, Keith Mauery, as the President and Chief Executive Officer of Keith E. Mauery & Co., a sole proprietorship, is indebted to the United States for unpaid employment tax liabilities for the periods ended March 31, 2001, June 30, 2001, December 31, 2002, March 31, 2003, June 30, 2003, September 30, 2003, and December 31, 2003, in the total amount of $19,859.93, plus statutory additions accruing according to law after January 31, 2007, until paid in full; and it is further

ORDERED that the defendant, Keith Mauery, is indebted to the United States for trust fund recovery penalty assessments relating to Keith E. Mauery Co., Inc. for the periods ended December 31, 1995 and June 30,

2

1996, in the total amount of $49,120.13, plus statutory additions accruing according to law after January 31, 2007, until paid in full.

Dated: February 9, 2007.

_____
UNITED STATES DISTRICT JUDGE